**IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** MDL No. 2047

**SCHEDULE A**

EDLA SEC.L/3

Middle District of Florida

Shane M. Allen, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al., C.A. No. 2:09-54 09-4112
Duane Ankney v. Knauf Gips KG, et al., C.A. No. 2:09-166 09-4113
Kristin Morgan Culliton v. Taylor Morrison Services, Inc., et al., C.A. No. 8:09-589 09-4114

Northern District of Florida

The Mitchell Co., Inc. v. Knauf Gips KG, et al., C.A. No. 3:09-89 09-4115

Southern District of Florida

Lawrence Riesz, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al., C.A. No. 0:09-60371 09-4116
Karin Vickers, et al. v. Knauf Gips KG, et al., C.A. No. 1:09-20510 09-4117
Lorena Garcia, et al. v. Lennar Corp., et al., C.A. No. 1:09-20739 09-4118
Janet Morris-Chin, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al., C.A. No. 1:09-20796 09-4119

Eastern District of Louisiana

Jill M. Donaldson, et al. v. Knauf Gips KG, et al., C.A. No. 2:09-2981

Southern District of Ohio

Steven Minafri v. M/I Homes, Inc., et al., C.A. No. 2:09-167 09-4120